York. Action by Debenham, Gardiner & Co., Limited, against Max Kurzrok, Inc. Judgment for plaintiff, and defendant brings error. Affirmed. McLaughlin & Stern, of New York City (Martin Lippman, of New York City, of counsel), for plaintiff in error. Abraham Allenberg, of New York City (George Edwin Joseph, of New York City, of counsel), for defendant in error. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

THE MUNCASTER CASTLE. (Circuit Court of Appeals, Second Circuit. March 5, 1923.) No. 176. Appeal from the District Court of the United States for the Eastern District of New York. Libel by Harry F. Brown against the steamship Muncaster Castle, her engines, etc., claimed by the Lancashire Shipping Company, Limited, in which the Atlantic Stevedoring Company was impleaded as respondent. From a decree for the libelant (286 Fed. 299) the claimant appeals. Affirmed. Kirlin, Woolsey, Campbell, Hickox & Keating, of New York City (L. De Grove Potter and E. B. Long, Jr., both of White Plains, N. Y., of counsel), for appellant. Austin & Abruzzo, of Brooklyn, N. Y. (Vine H. Smith, of New York City, of counsel), for appellee. A. G. Maul, of New York City (G. Everett Hunt, of New York City, of counsel), for Atlantic Stevedoring Co. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

---

In re PALEAIS. (Circuit Court of Appeals, Second Circuit. February 9, 1923.) No. 152. Petition to Revise Order of the District Court of the United States for the Eastern District of New York. In the matter of Adolph Paleais, bankrupt. A motion by the bankrupt to expunge and suppress certain testimony was denied, and an order made for the entry nunc pro tunc of an order appointing a special commissioner, and the bankrupt brings a petition to revise. Petition dismissed. J. G. M. Browne and Barnett E. Kopelman, both of New York City, for petitioner. David B. Tolins and Max Silverstein, both of New York City, for respondent. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Petition dismissed in open court.

---

In re PALEAIS. (Circuit Court of Appeals, Second Circuit. February 14, 1923.) No. 164. Petition to Revise Order of the District Court of the United States for the Eastern District of New York. In the matter of Adolph Paleais, bankrupt. The bankrupt was ordered to turn over to the receiver certain books and papers, and he brings a petition to revise. Affirmed. Joseph G. M. Browne and Barnett E. Kopelman, both of New York City, for petitioner. David B. Tolins and Max Silverstein, both of New York City, opposed. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Order affirmed, with costs.

---

PRISCO v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. February 14, 1923.) No. 155. In Error to the District Court of the United States for the Southern District of New York. Anthony Prisco was convicted of an offense, and he brings error. Affirmed. David P. Siegel and Nathan Lieberman, both of New York City, for plaintiff in error. William Hayward, U. S. Atty., and Abraham I. Menin, Asst. U. S. Atty., both of New York City. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed.